# DECLARATION OF CURRENT/ POST-PETITION INCOME

Complete this statement by providing the monthly income of the debtor and the debtor's spouse **at this time**. The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition was filed, unless the spouses are separated and a joint petition was not filed. Do not state the name of any minor child.

| **Debtor's Marital Status:** | **DEPENDENTS OF DEBTOR AND SPOUSE** | |
|---|---|---|
| | **RELATIONSHIP(S)** | **AGE(S)** |
| | | |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| | **INCOME:** | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ _____ | $ _____ |
| 2. | Estimate monthly overtime | $ _____ | $ _____ |
| 3. | **SUBTOTAL** | $ _____ | $ _____ |
| 4. | **LESS PAYROLL DEDUCTIONS** | | |
| | a. Payroll taxes and social security | $ _____ | $ _____ |
| | b. Insurance | $ _____ | $ _____ |
| | c. Union dues | $ _____ | $ _____ |
| | d. Other (*specify*) _____ | $ _____ | $ _____ |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ _____ | $ _____ |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | $ _____ | $ _____ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. | Income from real property | $ _____ | $ _____ |
| 9. | Interest and dividends | $ _____ | $ _____ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _____ | $ _____ |
| 11. | Social security or other government assistance (*Specify*) _____ | $ _____ | $ _____ |
| 12. | Pension or retirement income | $ _____ | $ _____ |
| 13. | Other monthly income (*Specify*) _____ | $ _____ | $ _____ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| 15. | **MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | $ _____ | $ _____ |
| 16. | **COMBINED MONTHLY INCOME** (Combine column totals from line 15) | | $ _____ |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____        _____
                                                                Debtor

Dated: _____        _____
                                                                Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 3015-1.20

IN RE **Loera, Jesse V** _____  Case No. **2:11-bk-33915-SK**
Debtor(s)

## POSTPETITION CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| **SDI** | **64.83** | |
| **401K - Mandatory (Debtor has ceased voluntary 401k contributions during Plan period)** | **371.37** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| In re | Jesse V. Loera | | Case No.: 2:11-bk-33915-SK | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# DECLARATION OF CURRENT/ POST-PETITION EXPENSES

Complete this statement by providing the monthly expenses of the debtor and the debtor's family **at this time**. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if this is a joint case and debtor's spouse maintains a separate household. Complete a *Declaration of current/Post-Petition Expenses* labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) — $1,943.00
   a. Are real estate taxes included? Yes ✓ No ___
   b. Is property insurance included? Yes ✓ No ___

2. Utilities: a. Electricity and heating fuel — $150.00
   b. Water and sewer — $100.00
   c. Telephone — $110.00
   d. Other Internet, cable, landline telephone — $110.00

3. Home maintenance (repairs and upkeep) — $160.00
4. Food — $300.00
5. Clothing — $100.00
6. Laundry and dry cleaning — $30.00
7. Medical and dental expenses — $300.00
8. Transportation (not including car payments) — $300.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. — $100.00
10. Charitable contributions — $
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's — $
    b. Life — $45.00
    c. Health — $625.00
    d. Auto — $200.00
    e. Other School Tuition — $200.00
12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) ___ — $
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto — $
    b. Other ___ — $
    c. Other ___ — $
14. Alimony, maintenance, and support paid to others — $
15. Payments for support of additional dependents not living at your home — $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) — $1,307.00
17. Other Monthly payment, Delano note; Delano operating expenses (from 2010 tax return, monthly) — $849.00

18. MONTHLY EXPENSES (Total lines 1-17) — $6,929.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: Increased COGS for plumbing business, unknown at this time, based on increase in sales.

20. STATEMENT OF MONTHLY NET INCOME
    a. Total monthly income from Line 15 of *Declaration of Current/Post-Petition Income* — $7,491.00
    b. Total monthly expenses from Line 18 above — $6,929.00
    c. Monthly net income (a. minus b.) — $562.00

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2011

*/s/ Jesse V. Loera*
Debtor

Dated: ___
Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 3015-1.20

| In re:<br>Jesse v. Loera | Debtor(s). | CHAPTER 13<br>CASE NUMBER  2:11-bk-33915-SK |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Law Offices of Steven A. Schwaber, 2600 Mission Street, Suite 100, San Marino, CA  91108

A true and correct copy of the foregoing document described as DECLARATION OF CURRENT/ POST-PETITION INCOME AND EXPENSES will be served or was served in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 17, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Kathy A Dockery (TR) efiling@CH13LA.com
Christopher Hoo choo@millerlaw.biz
Steven A Schwaber schwaberlaw@sbcglobal.net, bklawr@bklaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   July 22, 2011                    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
See attached list.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                        I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 24, 2011 | Steven A. Schwaber | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

```
Label Matrix for local noticing          Advantage Assets II, Inc.               Zwicker & Associates PC
Case 2:11-bk-33915-SK                    7322 Southwest Frwy, Ste 1600           80 Minuteman Road
Central District Of California           Houston TX 77074-2053                   Andover, MA 01810-1008
Los Angeles
Tue Jun 28 12:56:28 PDT 2011


Alpha Property Management                American Blinds And Drapes              American Express
3336 Bradshaw Road                       1168 San Luis Obispo Avenue             P.O. Box 0001
Suite 145                                Hayward, CA 94544-7943                  Los Angeles, CA 90096-8000
Sacramento, CA 95827-2628


Anthony A. Petrocchi PC                  BAC Home Loan Servicing LP              Bank of America
1601 Elm Street                          ATTN: Bankruptcy Department             AAA Financial Services
Suite 1900                               400 National Way, Mail stop CA6-919-01-2 P.O. Box 15026
Dallas, TX 75201-7263                    Simi Valley, California 93065-6414      Wilmington, DE 19850-5026


Bank of America                          Bank of America                         Bank of America (Countrywide Home L
P.O. Box 15026                           P.O. Box 5170                           P.O. Box 5170
Wilmington, DE 19850-5026                Simi Valley, CA 93062-5170              Simi Valley, CA 93062-5170


Barrett Business Retirement Savings      Bureau Of Collection Recovery LLC       Chase Bank
4120 East Jurupa Street                  7575 Corporte Way                       Countrywide Visa
Suite 220                                Eden Prairie, MN 55344-2000             Chase Bank
Ontario, CA 91761-1423                                                           Wilmington, DE 19850-5298


City Of Sacramento                       Collectcorp                             Financial Credit Network
1395 - 35th Avenue                       P.O. Box 101928                         P.O. Box 3084
Sacramento, CA 95822-2911                Dept. 4947 A                            Visalia, CA 93278-3084
                                         Birmingham, AL 35210-6928


Gordon & Wong Law Group PC               Greater California Financial Servic     Hunt & Henriquez, Attorneys At Law
510 Myrtle Avenue                        P.O. Box 3410                           151 Bernal Road
Suite 102                                Paso Robles, CA 93447-3410              Suite 8
South San Francisco, CA 94080-4562                                               San Jose, CA 95119-1306


IndyMac Federal Bank                     LTD Financial Services LP               Living Proof Recovery Center
C/O One West Bank Fsb                    7322 Southwest Freeway                  41 East Foothill Boulevard
P.O. Box 7056                            Suite 1600                              Suite 102
Pasadena, CA 91109-7056                  Houston, TX 77074-2053                  Arcadia, CA 91006-2361


MRS Associates Inc.                      Monarch Recovery Management Inc.        NCO Financial Systems
1930 Olney Avenue                        10965 Decatur Road                      507 Prudential Road
Cherry Hill, NJ 08003-2016               Philadelphia, PA 19154-3210             Horsham, PA 19044-2368


National Enterprise Systems              Pentagroup Financial LLC                Real Time Resolutions
29125 Solon Road                         5959 Corporate Drive                    1750 Regal Row
Solon, OH 44139-3442                     Suite 1400                              Suite 120
                                         Houston, TX 77036-2311                  Dallas, TX 75235-2287
```

```
(p)REAL TIME RESOLUTIONS INC          Realty Dimensions                Sunrise Credit Service
PO BOX 36655                          218 South "H" Street             P.O. Box 9100
DALLAS TX 75235-1655                  Suite 100                        Farmingdale, NY 11735-9100
                                      Bakersfield, CA 93304-3407


Target National Bank                  (p)US BANK                       OneWest Bank, FSB
P.O. Box 673                          PO BOX 5229                      2900 Esperanza Crossing
Minneapolis, MN 55440-0673            CINCINNATI OH 45201-5229         Austin, TX  78758-3658


Van Ru Credit Corporation             Wells Fargo Bank                 Wells Fargo Bank
1350 East Touhy Avenue                P.O. Box 5943                    PO Box 10347
Suite 100-E                           Sioux Falls, SD 57117-5943       Des Moines, IA 50306-0347
Des Plaines, IL 60018-3337


American Express Centurion Bank
c/o Becket & Lee
POB 3001
Malvern, PA  19355-0701
```